# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,509,551**

**Registered Apr. 8, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

ANAGRAM INTERNATIONAL, INC (MINNESOTA CORPORATION)
7700 ANAGRAM DRIVE
EDEN PRAIRIE, MN 55344

FOR: BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-2006; IN COMMERCE 6-0-2006.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALLOONS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE TERM "VALUELINE" BELOW WHICH IS THE WORD "BALLOONS" IN A DARK STRIPE FOLLOWED BY THE WORD "PLUS" IN FANCIFUL SCRIPT FORM. THREE SUPERIMPOSED BALLOONS ARE LOCATED ABOVE THE "I" IN "VALUELINE".

SER. NO. 85-938,638, FILED 5-21-2013.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# VALUELINE BALLOONS PLUS

**Reg. No. 4,509,550**
**Registered Apr. 8, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

ANAGRAM INTERNATIONAL, INC (MINNESOTA CORPORATION)
7700 ANAGRAM DRIVE
EDEN PRAIRIE, MN 55344

FOR: BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-2006; IN COMMERCE 6-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALLOONS", APART FROM
THE MARK AS SHOWN.

SER. NO. 85-938,620, FILED 5-21-2013.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America

### United States Patent and Trademark Office

# HELIUM SAVERS

**Reg. No. 4,322,435**
**Registered Apr. 16, 2013**

ANAGRAM INTERNATIONAL, INC. (MINNESOTA CORPORATION)
7700 ANAGRAM DRIVE
EDEN PRAIRIE, MN 55344

**Int. Cl.: 28**

FOR: BALLOONS SPECIFICALLY DESIGNED FOR REDUCED HELIUM USE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 6-1-2012; IN COMMERCE 7-1-2012.

**SUPPLEMENTAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-744,847, FILED P.R. 10-3-2012; AM. S.R. 2-27-2013.

DAVID H. STINE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AIRLOONZ

**Reg. No. 7,042,000**

**Registered May 02, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc.  (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 5-21-2020; IN COMMERCE 5-21-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-330,147, FILED 03-25-2022

Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# COLOR BLAST

**Reg. No. 5,872,984**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 12-3-2012; IN COMMERCE 12-3-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-352,679, FILED 03-22-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SATIN LUXE

**Reg. No. 5,883,471**

**Registered Oct. 15, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 6-20-2017; IN COMMERCE 6-20-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"SATIN"

SER. NO. 88-352,648, FILED 03-22-2019

Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,533,437

## United States Patent and Trademark Office

Registered Apr. 4, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## AIRWALKERS

ANAGRAM INTERNATIONAL, INC. (MINNE-
SOTA CORPORATION)
7625 CAHILL ROAD
MINNEAPOLIS, MN 55435

FOR: BALLOONS, INCLUDING METALLIC-
COATED BALLOONS WITH DECORATIONS,
IN CLASS 28 (U.S. CL. 22).

FIRST USE 8–23–1987; IN COMMERCE
8–23–1987.

SER. NO. 746,711, FILED 8–17–1988.

AMY C. BIXLER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DIAMONDZ

**Reg. No. 5,971,020**

**Registered Jan. 28, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 8-29-2013; IN COMMERCE 8-29-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-352,664, FILED 03-22-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# ANGLEZ

**Reg. No. 5,872,958**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 7-22-2014; IN COMMERCE 7-22-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-352,229, FILED 03-22-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SUPERSHAPE

**Reg. No. 6,754,162**

**Registered Jun. 07, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc.  (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 6-00-1997; IN COMMERCE 6-00-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-850,550, FILED 07-27-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# SEETHRU

**Reg. No. 5,948,031**

**Registered Dec. 31, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-356,578, FILED 03-26-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# INSIDERS

**Reg. No. 5,873,202**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 6-18-2004; IN COMMERCE 6-18-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-354,591, FILED 03-25-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWIRLZ

**Reg. No. 5,942,130**

**Registered Dec. 24, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloon accessories, namely, ribbons specially adapted for use with balloons

FIRST USE 1-31-2017; IN COMMERCE 1-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-354,573, FILED 03-25-2019



Director of the United States
Patent and Trademark Office



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,322,673

Registered Oct. 30, 2007

TRADEMARK
PRINCIPAL REGISTER



ANAGRAM INTERNATIONAL, INC. (MINNESO-
TA CORPORATION)
7700 ANAGRAM DRIVE
EDEN PRAIRIE, MN 55344

    FOR: BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 6-5-2006; IN COMMERCE 7-11-2006.

SER. NO. 77-072,549, FILED 12-28-2006.

AHSEN KHAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# INTRICATES

**Reg. No. 5,873,201**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 11-21-2012; IN COMMERCE 11-21-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-354,584, FILED 03-25-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# CUBEZ

**Reg. No. 5,971,018**

**Registered Jan. 28, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 8-29-2013; IN COMMERCE 8-29-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-352,584, FILED 03-22-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# EZ-FILL

**Reg. No. 5,872,972**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 7-31-2018; IN COMMERCE 7-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-352,489, FILED 03-22-2019



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BALLOON BUDDIES

**Reg. No. 6,751,853**

**Registered Jun. 07, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 11-6-2000; IN COMMERCE 11-6-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BALLOON"

SER. NO. 90-738,700, FILED 05-27-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# ULTRASHAPE

**Reg. No. 5,873,198**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 9-30-1999; IN COMMERCE 9-30-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-354,550, FILED 03-25-2019



Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,905,750
Registered July 18, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

## ANAGRAM

ANAGRAM INTERNATIONAL, INC. (MINNE-
SOTA CORPORATION)
7700 ANAGRAM DRIVE
MINNEAPOLIS, MN 553447307

FOR: BALLOONS AND BALLOON TOYS, IN
CLASS 28 (U.S. CL. 22).

FIRST USE 0–0–1979; IN COMMERCE
0–0–1979.

SER. NO. 74–457,658, FILED 11–12–1993.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,345,931**

**Registered Nov. 28, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Foil balloons

FIRST USE 5-1-2017; IN COMMERCE 5-1-2017

The mark consists of the stylized letter "A" with a rainbow through the bottom of the letter "A" above the word "anagram" and an upward curved line below the letter "g" of the word "anagram".

SER. NO. 87-437,138, FILED 05-04-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Orbz

**Reg. No. 5,749,340**

**Registered May 14, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

PARTY CITY HOLDINGS, INC. (DELAWARE CORPORATION)
80 Grasslands Road
Elmsford, NEW YORK 10523

CLASS 28: Balloons

FIRST USE 6-30-2013; IN COMMERCE 6-30-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-082,621, FILED 08-17-2018



Director of the United States
Patent and Trademark Office

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,052,521**

## United States Patent and Trademark Office

**Registered Apr. 15, 1997**

### TRADEMARK
### PRINCIPAL REGISTER



ANAGRAM INTERNATIONAL, INC. (MINNE-
SOTA CORPORATION)
7700 ANAGRAM DRIVE
MINNEAPOLIS, MN 553447307

FOR: BALLOONS AND BALLOON TOYS, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-11-1996; IN COMMERCE
3-11-1996.

OWNER OF U.S. REG. NO. 1,910,206.

SER. NO. 75-087,368, FILED 4-12-1996.

BRIAN WEBER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ANGLEZ

**Reg. No. 5,872,958**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Anagram International, Inc. (MINNESOTA CORPORATION)
7700 Anagram Drive
Eden Prairie, MINNESOTA 55344

CLASS 28: Balloons

FIRST USE 7-22-2014; IN COMMERCE 7-22-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-352,229, FILED 03-22-2019



Director of the United States
Patent and Trademark Office